UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                        :

EAST RAMAPO CENTRAL SCHOOL DISTRICT, :
                                                        :

                             Plaintiff,       :

                                                        :          **NOTICE OF MOTION**
         - against -               :         **TO DISMISS_____**

                                                        :

JAMES P. DeLORENZO, in his official capacity as : 
Assistant Commissioner of Education for the State   :         13 Civ. 1613 (PAE)
of New York; JOHN B. KING, JR., in his official    :
capacity as the Commissioner of Education for the   :
State of New York; and STATE EDUCATION         :         **ORIGINAL FILED BY ECF**
DEPARTMENT OF THE UNIVERSITY OF THE   :
STATE OF NEW YORK,                           :

                                                        :

                            Defendants.       :

                                                        :
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the Amended Complaint filed herein, and the

accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended

Complaint, the undersigned on behalf of defendants NEW YORK STATE EDUCATION

DEPARTMENT, JAMES P. DeLORENZO, Assistant Commissioner in NYSED's Office of

Special Education, and JOHN B. KING, JR., New York State Commissioner of Education, will

move this Court before the Honorable Paul A. Engelmayer, in accordance with the Court's

Individual Practices, at the United States District Courthouse for the Southern District of New

York located at 500 Pearl Street, New York, New York for an order pursuant to Rules 12(b)(1)

and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint, on the

grounds that the Court lacks jurisdiction over the subject matter of the claims asserted in this

action and that the Amended Complaint fails to state any claim against the defendants upon

which relief can be granted.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1(b), unless a

different briefing schedule is approved by the Court, papers opposing this motion are to be

served within fourteen days after service of the moving papers, and reply papers are to be served

seven days after service of the answering papers.

Dated:   New York, New York
         April 23, 2013

                                                    Yours, etc.,

                                                    ERIC T. SCHNEIDERMAN
                                                    Attorney General of the
                                                      State of New York
                                                    Attorney for Defendants
                                                    By:

                                                        s/Steven L. Banks
                                                    STEVEN L. BANKS
                                                    Assistant Attorney General
                                                    120 Broadway - 24th Floor
                                                    New York, New York 10271
                                                    (212) 416-8621

To:     David J. Butler, Esq.
        Bryan M. Killian, Esq.
        David B. Salmons, Esq.
        Randall M. Levine, Esq.
        BINGHAM McCUTCHEN LLP
        Attorneys for Plaintiff
        2020 K Street, NW
        Washington, DC 20006
        (202) 373-6000